# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CV484** |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JAN MAJOR MENGEDOHT,** | ) | |
| | ) | |
| Respondent. | ) | |

On August 4, 2006, this Court entered an Order directing the Respondent to appear before the undersigned magistrate judge on September 28, 2006, to show cause why he should not be compelled to comply with the Internal Revenue Service (IRS) summons served on Respondent on August 4, 2006 (Filing 5). That Order was personally served on Respondent Jan Major Mengedoht on August 24, 2006 (Filing 6). A hearing was held on September 28, 2006. Sally R. Johnson, Assistant United States Attorney, and Michele Moser, IRS Estate Tax Attorney, were present for the Petitioner. Respondent was not present.

**IT IS ORDERED:**

1. Respondent shall appear before Estate Tax Attorney Michele Moser at the Taxpayer Assistance Collection and Examination Appointment Area, First Floor, 1313 Farnam Street, STOP 4431-OMA, Omaha, Nebraska, 68102-1881 on **Wednesday, October 18, 2006, at 9:00 a.m.** to testify and produce the documents listed in the IRS summons served on him on August 4, 2006.

2. Should Respondent fail to appear at the date and time listed above, he shall be held in contempt of court and sentenced to the custody of the Attorney General of the United States until such time as he shall purge himself of contempt.

DATED this 29th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge