IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV484 |
| | ) | |
| v. | ) | |
| | ) | |
| JAN MAJOR MENGEDOHT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:06CV485 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JAN MAJOR MENGEDOHT, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the Status Report (Filing No. 65) filed in case 8:06CV484. The court notes that the Internal Revenue Service is satisfied that summons has been sufficiently complied with in case 8:06CV484 only, and that action can be closed. However, the court has not been given any indication that the summons has been satisfied in case 8:06CV485, **and the November 7, 2008, 11:30 a.m., hearing will proceed as scheduled. The defendant must appear at the November 7, 2008, hearing or be in contempt of court.**

SO ORDERED.

DATED this 31st day of October, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge