IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil Action No. 8:06CV484 |
| ) | |
| Petitioner, ) | |
| ) | **ORDER OF DISMISAL** |
| v. ) | |
| ) | |
| JAN MAJOR MENGEDOHT, ) | |
| ) | |
| Respondent. ) | |

This matter is before the Court on the Petitioner's Motion to Dismiss an IRS summons issued in connection with the Estate of Percy Hue [Filing No. 67]. Upon consideration, and for good cause shown,

**IT IS ORDERED** that this matter be, and hereby is, dismissed without prejudice, each party to bear their own costs.

DATED this 19th day of November, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Court Judge